**Dismissed and Memorandum Opinion filed July 11, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00195-CV

### JIMMY MAURICIO, Appellant

### V.

### GVTL L.L.C., Appellee

**On Appeal from the County Court at Law No 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-0082684**

### MEMORANDUM OPINION

This is an appeal from a judgment signed March 1, 2019. The clerk's record was filed May 17, 2019. No reporter's record was filed and the court reporter informed the court that appellant had not made arrangements to pay for the reporter's record.

On May 28, 2019, this court issued an order stating that unless appellant filed a brief on or before June 27, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Hassan.